■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACOB M., Appellant.—Appeal by defendant from an amended judgment of the Supreme Court, Kings County, rendered January 9, 1976, which, after a hearing at which the court found him guilty of violating probation, (1) revoked the sentence of probation previously imposed upon an adjudication that he was a youthful offender, upon his conviction of burglary in the third degree, and (2) resentenced him to an indeterminate term of imprisonment with a maximum of four years. Amended judgment reversed, on the facts, and defendant is restored to probation. The Probation Department is directed to forthwith commence proceedings to place appellant in an appropriate psychiatric care program. Under the circumstances, appellant's failure to report for one meeting with his probation officer and his leaving the hospital were justified. Hopkins, J. P., Martuscello, Margett and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MOSES, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered October 23, 1974, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and new trial ordered. No issues were presented with respect to the facts. The instructions to the jury on the question of identification were prejudicial to defendant (see *People v Bell,* 38 NY2d 116). Hopkins, J. P., Rabin, Hawkins and O'Connor, JJ., concur.